IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ZEDERRICK O. JOHNSON,
    Petitioner,

vs.                                Case No. 3:12cv392/RV/CJK

KENNETH S. TUCKER,
    Respondent.

## REPORT AND RECOMMENDATION

Petitioner commenced this action on August 13, 2012, by filing a petition for writ of habeas corpus under 28 U.S.C. § 2254. (Doc. 1). On September 5, 2012, the Court entered an order directing petitioner to submit two identical service copies of his petition, and to either pay the $5.00 fling fee or file a complete application to proceed *in forma pauperis*, within thirty days. (Doc. 3). Petitioner was warned that failure to comply with the order would result in a recommendation that this case be dismissed. To date, petitioner has not complied with the order, and has not responded to the Court's October 29, 2012 order (doc. 4) requiring petitioner to show cause why this case should not be dismissed.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for petitioner's failure to comply with an order of the court.

2. That the Clerk be directed to close the file.

At Pensacola, Florida, this 4th day of December, 2012.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).